614

peals for the Second Circuit denied.  *Mr. Gerald Donovan* for petitioner.  *Mr. Edward F. Colladay* for respondent.

No. 451.  OSGOOD CO. ET AL. *v.* KOGER, TRUSTEE.  November 5, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Daniel H. Cotter* for petitioners.  *Mr. John T. L. Hubbard* for respondent.

No. 414.  VINEYARD *v.* UNITED STATES.  November 5, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. Wm. A. Sutherland* for petitioner.  *Solicitor General Biggs* and *Messrs. Will G. Beardslee, Wilbur C. Pickett,* and *Young M. Smith* for the United States.

No. 426.  STALCUP ET AL. *v.* STALCUP.  November 5, 1934.  Petition for writ of certiorari to the Supreme Court of Kansas denied.  *Mr. Harry W. Colmery* for petitioners. *Messrs. Benjamin F. Hegler* and *A. V. Roberts* for respondent.

No. 453.  JOHN HASSALL, INC. *v.* ROSENBERG ET AL. November 5, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Asher Blum* for petitioner.  *Messrs. Drury W. Cooper* and *Edgar M. Kitchin* for respondents.

No. 509.  PHILIPPO *v.* CALIFORNIA.  November 12, 1934.  Petition for writ of certiorari to the District Court of Appeal, 3rd Appellate District, of California, and motion for leave to proceed further herein *in forma*